UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FEATHERSTONE FOODS, INC, SESAME DISTRIBUTION INC and JOEL SCHONFELD,

Plaintiffs,

-against-

FEATHERSTONE DISTRIBUTION, LLC,

Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/29/2020

1:20-cv-05763 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

Plaintiffs submitted a letter [ECF #7] seeking transfer of this case to the Eastern District of New York. The Court cannot transfer the action on the basis of the letter application. Additionally, before transfer, the Court must confirm that subject matter jurisdiction in this Court is appropriate. Accordingly,

IT IS HEREBY ORDERED that on or before August 6, 2020, Plaintiffs must file a motion seeking to transfer this case to the Eastern District of New York. The motion must be accompanied by a memorandum of law and any supporting documents attached to one or more declarations. Defendant must file any opposition to the motion on or before August 13, 2020. Plaintiffs must file any reply by August 17, 2020.

IT IS FURTHER ORDERED that the Parties should address in the briefing the basis for subject matter jurisdiction in this Court and whether remand is appropriate.

**SO ORDERED.**

**Date: July 29, 2020**
**New York, NY**

_Mary Kay Vyskocil_
**MARY KAY VYSKOCIL**
**United States District Judge**